IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT
OF WEST VIRGINIA

Derek Parsons
P.O. Box 385
Clarksburg, WV 26301
(Full name and address of the plaintiff)
**Plaintiff(s)**

vs.

Greg Bayes, et al.,

(Full name and address of the defendant(s))
**Defendant(s)**

5:22-cv-220 Bailey

Civil No.: 5:25-CV-193
(Leave blank. To be filled in by Court.)

FILED

SEP 29 2025

U.S. DISTRICT COURT- WVND
WHEELING, WV 26003

## COMPLAINT

1. Jurisdiction in this case is based on:

   ☐ Diversity (none of the defendants are residents of the state where plaintiff is a resident)

   ☒ Federal question (suit is based upon a federal statute or provision of the United States Constitution)

   ☐ Other (explain) _____

Complaint (Rev. 10/2011)                 1

7

2. The facts of this case are:

On October 19, 2023, Plaintiff suffered a near amputation of his right index finger while using a defective saw in the vocational carpentry class at Northern Regional Jail and Correctional Facility (NRCF). Defendants Greg and Gary Bayes knew the saw was unsafe but failed to remove it from use or provide proper safety equipment.

Following the injury Plaintiff was denied adequate medical care, pain management, and access to medical records by Defendants Gray, Proctor, Tenney, and Wexford staff. Requests for treatment were purposefully delayed or ignored, causing permanent nerve damage, pain, disfigurement and emotional distress.

Defendants Miller, Adams, and Straughn retaliated against Plaintiff for filing grievances by intercepting complaints and orchestrating a punitive transfer to what they call the "Punishment Prison" for people who get on their nerves.

8

## The Facts of This Case Cont'd

As a result, Plaintiff suffers permanent physical injury, emotional distress, and loss of enjoyment of life.

These actions violated Plaintiffs' constitutional rights under the Eighth and First Amendments.

9

3. The relief I want the court to order is:

☒ Damages in the amount of: NOT LESS Than $500,000.00 exact Amount to be determined by Jury

☐ An injunction ordering: ~~Defendants to cease Retaliation And Denial of Medical Care and to ensure Plaintiff~~

☒ Other (explain) Punitive Damages As Allowed By law declaratory judgement that Defendants violated Plaintiffs Constitutional Rights, Costs of his Action. And Any further Relief the Court Deems Just and Proper.

22 SEP 2025
(Date)

(Signature)

DEREK PARSONS
P.O. BOX 385
Clarksburg, WV 26301

(Printed name, address and phone number of Plaintiff)


**Privacy Rules and Judicial Conference Privacy Policy**

Under the E-Government Act and Judicial Conference policy, any paper filed with the court should not contain an individual's social security number, full birth date, or home address; the full name of person known to be a minor; or a complete financial account number. These rules address the privacy concerns resulting from public access to electronic case files.